## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

**In re:**                                              Master File No. 08-md-01892-DSD/JJG

**KFC CORP. FAIR LABOR**                This Document Relates to:  All Cases
**STANDARDS ACT LITIGATION**

_____

## AMENDED ORDER
_____

Based on the Stipulation of the parties (Docket 15) it is hereby ordered that:

1. Plaintiffs shall be granted leave to amend the complaints in the twenty-seven cases currently consolidated before this Court to add Parler and the Arbitration Opt-Ins, but no other individual, as plaintiffs asserting individual claims.  Plaintiffs shall file the amended complaints by April 30, 2008, or within 3 weeks from the date of the entry of this order, whichever is greater.  Leave to amend is expressly limited to the filing of individual claims by Parler and the Arbitration Opt-Ins.

2. All state law claims asserted by, or that could have been asserted by, the individuals listed in Exhibit B are dismissed with prejudice and barred.

3. KFC shall have until April 30, 2008, or 20 days after service of any amended complaints pursuant to paragraph 1 herein, whichever is later, to answer or otherwise respond to the complaint in the *Thomas* action.

4. KFC shall retain, and does not waive, any and all defenses, including but not limited to defenses based on statutes of limitations, laches, estoppel and waiver,

and shall retain, and does not waive, any and all rights, including the right to move for misjoinder, non-joinder, or severance of parties or claims in any of the respective amended complaints. The Stipulation and Order shall not constitute a waiver of any of KFC's defenses to any claims brought by Parler or the Arbitration Opt-Ins, in this or in any other proceeding.

IT IS SO ORDERED.

Dated:  April 23, 2008                    s/David S. Doty
                                                  Honorable David S. Doty
                                                  United States District Court Judge